<table>
<tr><td colspan="2">

**United States Bankruptcy Court**
**District of New Jersey**

</td></tr>
</table>

| | |
|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | |
| In re: Tamara Arteal Murray,<br><br>*Debtor*. | |

| | |
|---|---|
| Case No.: | 26-18242-EJO |
| Chapter: | 13 |
| Hearing Date: | 08/13/2026 |
| Judge: | O'Hagan |

### Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents

Debtor Tamara Arteal Murray, through her attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); and Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1).

1.      The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on July 20, 2026.

2.      This case was filed in an emergency to prevent the sale of a repossessed vehicle.

3.      Because this case was filed on an emergent basis, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition because the Debtor did not have adequate time to gather the documents and information necessary for her attorney to prepare them.

4.      The Court entered an order directing the Debtor to show cause why the case should not be dismissed for failure to file the Schedules.

5.      The order to show cause is set for hearing on August 13, 2026.

6.      The Schedules have been prepared, but the Debtor needs additional time to obtain

an in-person appraisal of a motor vehicle that she wishes to cram down through her chapter 13 plan.

7.      To enable her to do so, the Debtor requests that the Court extend the time to file

the Schedules through and including August 26, 2026.

**FOR THOSE REASONS,** the Court should grant relief in the form of order attached, and

further in the Debtor's favor if necessary and proper under the law.

Date: August 12, 2026                                **LAW OFFICE OF MIKE ASSAD, P.C.**
                                                     *Attorney for Debtor*

                                                     By: /s/ Michael I. Assad
                                                          Michael I. Assad