By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

**United States Bankruptcy Court
District of New Jersey**

In re: Tamara Arteal Murray,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-18242-EJO |
| Chapter: | 13 |
| Judge: | O'Hagan |

**Certification of Service**

1. I, Michael I. Assad, represent Tamara Arteal Murray, the debtor in this matter.

2. On August 26, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Chapter 13 Plan

   - Notice of Chapter 13 Plan Transmittal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 26, 2026

/s/ Michael I. Assad
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Santander Consumer USA Inc.<br>1601 Elm St Ste 800<br>Dallas, TX 75201-7260 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |