UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
Attorney for Debtor

In Re:

Tamara Arteal Murray, Debtor.

Case No.: 26-18242-EJO

Hearing Date: TBD

Judge: O'Hagan

**NOTICE OF CHAPTER 13 PLAN TRANSMITTAL**

The enclosed ☒ plan, ☐ modified plan is proposed by the debtor and was filed on 08/26/2026. It has been served on you because the plan contains motions that may adversely affect your interest.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

☐ **Real Property:**

The debtor(s) has valued real property located at ______________________________ ______________________________ [*address*] at $______________. The debtor(s) believes the first lien on the property to be in the approximate amount of $__________

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: ________________________________________, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☒ **Personal Property:**

The debtor(s) has valued personal property described as: 2018 Mercedes C Class, VIN WDDWF4KBXJR387884 at $ 4,000.
The debtor(s) believes the lien on the property to be in the approximate amount of $ $14,894.13 [*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: Carmax Appraisal Offer, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for TBD.
Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

CARMAX

# Appraisal Offer

## Conditions Assessed

| | | | |
|---|---|---|---|
| Headliner | Stained | Wheels | Need Repair |
| Driver Quarter | Ding(s) | Dash | Engine Light On |
| Front Seats | Good Condition | Rear Seats | Good Condition |
| Carpet | Good Condition | Transmission | Good Condition |
| Engine | Good Condition | 4 x 4 | Good Condition |

## Features Considered

Automatic Transmission, Power Locks, Power Windows, Panoramic Sunroof, Am/fm Stereo, Cd Audio, Auxiliary Audio Input, Air Conditioning, Rear Defroster, Cruise Control, Abs Brakes, Power Seat(s), Memory Seat(s)

## Bring These Items to Sell Us Your Vehicle

- Title (if it is not with a lienholder)
- Valid state-issued photo ID for all titleholders
- Valid registration
- All keys and remotes (if applicable)

## Buyer Comments

THANK YOU FOR HAVING YOUR VEHICLE APPRAISED AT CARMAX.

### Vehicle Details

| | |
|---|---|
| Year | 2018 |
| Make | MERCEDES-BENZ |
| Model | C300 |
| Trim | (no trim) |
| Mileage | 84,527 |
| Engine | 2.0L |
| VIN | WDDWF4KBXJR387884 |

### Customer Info

| | |
|---|---|
| Name | TAMARA M |

### Store Info

| | |
|---|---|
| Location | Maple Shade, NJ |
| | 66579 |

## We'd love to buy your car!

Your Offer

# $4,000

If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $265.00
Valid for 7 days (until 8/24/26)