Aldous and Associates PLLC
Attn: Bankruptcy
Po Box 171374
Holladay, UT 84117-1374

Capital One Financial Corp
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Chex Systems Inc.
Attn: Bankruptcy
PO Box 58339
Minneapolis, MN 55458-3399

Concorda Credit Inc.
Attn: Bankruptcy
14600 NW Greenbrier Pkwy
Beaverton, OR 97006-5745

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

First Premier Bank
Attn: Bankruptcy
3401 S Kiwanis Ave
Sioux Falls, SD 57105-4213

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377-4500

LVNV Funding LLC
Attn: Bankruptcy
355 S Main St
Greenville, SC 29601-2923

Midland Credit Mgmt.
Attn: Bankruptcy
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007

Pennrose
Attn: Bankruptcy
1301 N 31st St
Philadelphia, PA 19121-4403

Portfolio Recovery Assoc. LLC
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502-4952

PSEG
Attn: Bankruptcy
80 Park Plz
Newark, NJ 07102-4109

Resurgent Capital Services LLC
Attn: Bankruptcy
55 Beattie Pl Ste 110
Greenville, SC 29601

Santander Bank
Attn: Bankruptcy
P.O. Box 961245
Fort Worth, TX 76161-1245

State of New Jersey
Motor Vehicle Commission
Attn: Bankruptcy
225 East State St
PO Box 136
Trenton, NJ 08695-0245

State of New Jersey
Division of Taxation
Attn: Bankruptcy
3 John Fitch Way, 5th Floor
Trenton, NJ 08695-0245

State of New Jersey
Division of Law
Attn: Bankruptcy
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

T-Mobile
Attn: Bankruptcy
PO Box 53410
Bellevue, WA 98015-3410

U.S. Attorney's Office (NJ)
Attn: Civil Process Clerk
970 Broad St Ste 700
Newark, NJ 07102-2534

U.S. Department of Justice
Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Urge Fitness
Attn: Bankruptcy
968 Parkway Ave
Ewing, NJ 08618-2317