UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200
SB-2980-C
Attorney for Creditor, Santander Bank, N.A., as
servicer for Santander Consumer USA Inc.

In Re:
TAMARA ARTEAL MURRAY

Case No.: 26-18242

Chapter: 13

Judge: EJO

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Santander Bank, N.A.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 9/10/2026

/s/ William E. Craig, Esq.
Signature