SB-2980-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Telephone: 856-330-6200
Attorney for: Santander Bank, N.A.,
as servicer for Santander Consumer USA Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>TAMARA ARTEAL MURRAY | Case No. 26-18242 (EJO)<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION** |

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), a secured creditor of the Debtor, objects to the Debtor's Plan for the following reasons:

A. The Debtor is not entitled to cramdown the 2018 Mercedes-Benz C300 because the vehicle has equity in it. As of the time of filing, the Debtor's account had a net loan balance of $14,976.51. As per the August 2026 NADA Official Used Car Guide, the vehicle has a current fair market value of $18,250.00. The vehicle is worth more than what is owed and therefore the vehicle has equity and cannot be crammed down. The Debtor must pay the net loan balance at the time of filing of $14,976.51 plus interest at a rate sufficient to protect Santander from risk of loss.

SB-2980-C

B. The Plan as proposed also violates §1326(a)(1) since it does not provide for payment to Santander of adequate protection payments. Adequate protection payments should be made to Santander beginning in July of 2026 at $182.50 per month, being 1.0% of the vehicle value. Payments should be made within 30 days of filing and should continue up to and after confirmation, until regular payments are to be commenced through the Plan to Santander. Adequate protection payments to Santander should be given super priority administrative expense status and in all events must be paid prior to payment of any counsel fees to Debtor's attorney.

C. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract. Santander must be listed as loss payee or additional insured. **The Debtor must provide Santander with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance**.

D. Santander must retain its lien on the vehicle following confirmation.

E. Santander credit reserves the right to object to the feasibility and good faith of this Plan and filing.

/s/ William E. Craig

SB-2980-C

______________________________
William E. Craig, attorney for
Santander Consumer USA Inc.
dba Chrysler Capital

Date: 9/11/26