Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−18242−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tamara Arteal Murray
71 Sawyer Ave
Mount Holly, NJ 08060−3921

Social Security No.:
xxx−xx−0774

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/24/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 24, 2026
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Tamara Arteal Murray
Debtor

Case No. 26-18242-EJO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 24, 2026 | Form ID: 148 | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tamara Arteal Murray, 71 Sawyer Ave, Mount Holly, NJ 08060-3921 |
| 521319851 | + | Eastampton Urban Renewal Associates, L.P., 1301 N 31st street, Philadelphia, PA 19121-4403 |
| 521299915 | + | Pennrose, Attn: Bankruptcy, 1301 N 31st St, Philadelphia, PA 19121-4495 |
| 521299921 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521299922 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521299924 | | Urge Fitness, Attn: Bankruptcy, 968 Parkway Ave, Ewing, NJ 08618-2317 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 21:47:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 521299905 | | Email/Text: cs@aldouslegal.com | Sep 24 2026 21:47:00 | Aldous and Associates PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117-1374 |
| 521372134 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 21:43:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521299906 | | EDI: CAPITALONE.COM | Sep 25 2026 01:16:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521299907 | | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 24 2026 21:47:00 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339 Po Box 583399, Minneapolis, MN 55458-3399 |
| 521299908 | | EDI: PHINGENESIS | Sep 25 2026 01:17:00 | Concorda Credit Inc., Attn: Bankruptcy, 14600 NW Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 521299909 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2026 21:43:05 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521299910 | | EDI: AMINFOFP.COM | Sep 25 2026 01:17:00 | First Premier Bank, Attn: Bankruptcy, 3401 S Kiwanis Ave, Sioux Falls, SD 57105-4213 |
| 521299911 | | EDI: IRS.COM | Sep 25 2026 01:16:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521334792 | | EDI: JEFFERSONCAP.COM | Sep 25 2026 01:17:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521299912 | | EDI: JEFFERSONCAP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 25 2026 01:17:00 | Jefferson Capital LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521299913 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 21:43:33 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521363461 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 21:43:33 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521299914 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 21:47:00 | Midland Credit Mgmt., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 521325244 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 24 2026 21:46:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521332829 | | EDI: PRA.COM | Sep 25 2026 01:17:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521299916 | | EDI: PRA.COM | Sep 25 2026 01:17:00 | Portfolio Recovery Assoc. LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521299917 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 21:43:33 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521306723 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 21:47:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 521299920 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 24 2026 21:46:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521299918 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2026 21:47:00 | Santander Consumer USA Inc., Attn: Bankruptcy, 1601 Elm St Ste 800, Dallas, TX 75201-7260 |
| 521299919 | ^ | MEBN | Sep 24 2026 21:38:17 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521299923 | ^ | MEBN | Sep 24 2026 21:38:01 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Michael I. Assad | on behalf of Plaintiff Tamara Arteal Murray mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Michael I. Assad | on behalf of Debtor Tamara Arteal Murray mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5